Barry Himmelstein (SBN 157736)
barry@himmellaw.com
HIMMELSTEIN LAW NETWORK
2000 Powell St.
Suite 1605
Emeryville, CA 94608-1861
510-450-0782 (phone)
510-380-6147 (fax)

Attorney for Plaintiff Lizabeth Hoffman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LIZABETH HOFFMAN, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CEDARS-SINAI MEDICAL CENTER, a California Corporation; GENERAL ANESTHESIA SPECIALISTS PARTNERSHIP; CEDARS-SINAI IMAGING MEDICAL GROUP, A PROFESSIONAL CORPORATION; MEDICREDIT, INC., a Missouri Corporation; THE OUTSOURCE GROUP, INC., a Missouri Corporation; GRANT & WEBER, a California Corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: CV12-9113 DSF (FFMx)<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

1

NOTICE OF DISMISSAL WITH PREJUDICE

1 | Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff LIZABETH HOFFMAN hereby dismisses this action with prejudice.

Dated: February 13, 2012

*/s/ Barry Himmelstein*
Barry Himmelstein
barry@himmellaw.com
HIMMELSTEIN LAW NETWORK
2000 Powell St.
Suite 1605
Emeryville, CA 94608-1861
510-450-0782 (phone)
510-380-6147 (fax)

Attorney for Plaintiff
Lizabeth Hoffman

2

NOTICE OF DISMISSAL WITH PREJUDICE